**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ABRIL GUTIERREZ, et al.,
Plaintiff,
v.
NISSAN NORTH AMERICA, et al.,
Defendant.

**Case No. 8:26-CV-01405-DFM**

ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL

On August 5, 2026, the parties filed a Notice of Settlement [Dkt. 8], indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in this case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **ninety (90) days**, to reopen the action if settlement is not consummated.

///

///

///

The parties shall file a stipulation for dismissal no later than **November 20, 2026**. If no dismissal is filed, the Court deems the matter dismissed at that time.

The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

Dated: August 20, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge