**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABRIL GUTIERREZ, an individual, and YAREKSI ESQUIVEL ROJAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:26-cv-01405-DFM<br><br>*Magistrate Judge: Douglas F. McCormick*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: September 10, 2026

By: ______________________

Hon. Assigned Judge
Douglas F. McCormick
United States District Judge